IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD.,<br><br>*Plaintiffs*,<br>v.<br><br>CF UNILOC HOLDINGS LLC,<br><br>*Defendant*. | MISC. CASE # 20-14<br>C.A. No. _____ |

### [PROPOSED] ORDER

This __15__ day of January, 2020, Plaintiffs Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. having moved for leave to file their Motion to Compel CF Uniloc Holdings LLC's Compliance with a Subpoena for Documents on an Expedited Basis under seal, and the Court having determined that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that Samsung's motion for leave to file the Motion to Compel under seal is GRANTED.

_____
UNITED STATES DISTRICT JUDGE